[No. 22876-9-II.    Division Two.    December 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE ALAN HOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00665-9, James E. Warme, J., entered January 27, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[Nos. 16201-0-III; 16202-8-III;    Division Three.    December 30, 1999.]
16203-6-III; 16204-4-III.

*In the Matter of* J.A., ET AL.

DORIS GREEN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Chelan County, Nos. 95-7-00058-7, 95-7-00059-5, 96-7-00106-9, and 96-7-00107-7, Bart Vandegrift, J. Pro Tem., entered October 21, 1996. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[Nos. 43528-1-I; 43421-7-I.    Division One.    January 3, 2000.]

SUSAN L. PETROVICH, *as Personal Representative, Appellant*, v. ROBERT N. GETZ, *as Personal Representative*, ET AL., *Respondents*.

JAMES D. HANSON, ET AL., *Appellants*, v. ROBERT N. GETZ, *as Personal Representative*, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 97-2-06182-1, Anita L. Farris, J., entered August 18, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, C.J., and Cox, J.